FILED
BILLINGS DIV.

2010 OCT 18   AM 11 22

PATRICK E. DUFF, CLERK

BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE  DIVISION

| | | |
|---|---|---|
| **JOHN BRANDON LACEY,** | ) | **CV-10-47-BU-RFC-CSO** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATIONS OF** |
| **HEAD JAILER, GALLATIN** | ) | **U.S. MAGISTRATE JUDGE** |
| **COUNTY; HEAD JAILER,** | ) | |
| **BROADWATER COUNTY;** | ) | |
| **ATTORNEY GENERAL OF** | ) | |
| **THE STATE OF MONTANA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

On September 21, 2010, United States Magistrate Judge Carolyn Ostby

entered Findings and Recommendation (*Doc. 5*) as to the Rule 4 prescreening of

what she construed to be Lacey's 28 U.S.C. § § 2241(c)(3) petition for writ of

habeas corpus (*Doc. 1*).  Lacey is a pre-trial detainee in state custody who asks this

Court to enjoin the state court proceedings against him on the grounds that his

1

right to a speedy trial has been violated.  Magistrate Judge Ostby concluded there are no extraordinary circumstances that would justify this court's interference in ongoing state court proceeding, citing *Younger v. Harris*, 401 U.S. 37 (1971). Magistrate Judge Ostby therefore recommends this Court dismiss the petition without prejudice, deny Lacey a certificate of appealability, and enter a judgment of dismissal.

Upon service of a magistrate judge's findings and recommendation, a party has 14 days to file written objections.  28 U.S.C. § 636(b)(1).  The time for objection has expired without objection from Lacey.  This failure to object waives all objections to the findings of fact, *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999), but this Court must still review de novo the magistrate judge's conclusions of law.  *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After a reviewing the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Lacey's petition (*Doc. 1*) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

The Clerk of Court is directed to enter, by separate document, a judgment of dismissal.

DATED the ___18th___ day of October 2010.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE